LAWRENCE F. DALTON, by JOHN W. DALTON, His Guardian ad Litem, Respondent, *v.* F. EDWIN PARKER, Appellant.

*Dalton* v. *Parker*, 176 App. Div. 897, appeal dismissed.
(Submitted June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1916, which affirmed an order of Special Term denying a motion to vacate a judgment.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*James F. Quigley* for motion.

*Frank M. Leary* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.